UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-537 (DSD/FLN)

Gary Robert Wirta,

Petitioner,

v.

**ORDER**

Bert Mohs, Warden,
State of Minnesota,

Respondents.

This matter is before the court on petitioner's motion for an extension of time in which to file his objections to the report and recommendation of Magistrate Judge Franklin Noel dated April 3, 2001, in which the magistrate judge recommended dismissal of petitioner's application for writ of habeas corpus.

For good cause shown, **IT IS HEREBY ORDERED** that petitioner's motion is granted and petitioner shall have until April 25, 2001 to file his objections. Respondents shall have a corresponding seven-day extension to file their response.

Dated: April 18, 2001

David S. Doty, Judge
United States District Court

FILED 4-19-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______