# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Gary Robert Wirta,

v.

Bert Mohs, Warden,
State of Minnesota,

Case No. Civil 01-537 DSD/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Petitioner's application for a writ of habeas corpus is dismissed with prejudice.

DATE: May 1, 2001

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk